**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00735-CMA

ELOSIA R. CROWDER,

      Plaintiff,

v.

CAROLYN W. COLVIN,[1] Commissioner of Social Security,

      Defendant.

---

**ORDER GRANTING LEAVE TO PROCEED ON APPEAL
*IN FORMA PAUPERIS* AND DENYING FREE TRANSCRIPT**

---

      Plaintiff has submitted a Notice of Appeal.  Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this Court in this action.  Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, Plaintiff is authorized to proceed *in forma pauperis* on appeal.

      However, the Court finds that this appeal does not present a substantial question, *i.e.*, a significant issue that is unique, unusual or reasonably debatable.  Therefore, pursuant to 28 U.S.C. § 753(f), a free transcript will be denied.  Accordingly, it is

---

[1]Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013, has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the Defendant in this suit.

ORDERED that Plaintiff may proceed on appeal without prepayment of fees or security therefor.  It is

FURTHER ORDERED that Plaintiff will not be provided with a free transcript because the Court finds that this appeal does not present a substantial question. Plaintiff may pay the estimated transcript fee in advance or make her own arrangements with the court reporter to pay for the cost of any transcript.

DATED:  June __04__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge