**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00735-CMA

ELOSIA R. CROWDER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

___

**ORDER OF REMAND TO SOCIAL SECURITY ADMINISTRATION**

___

This matter is before the Court on the Tenth Circuit Court of Appeal's Order and Judgment (Doc. # 33).  The Court hereby

ORDERS that this case be remanded to the Social Security Administration for further proceedings consistent with the Tenth Circuit's Order.

DATED:  June  03 , 2014

                              BY THE COURT:

                              */s/ Christine M. Arguello*
                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge